## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 3:23-CR-00269-KDB |
| JESSE THOMAS CUNNINGHAM, | |
| Defendant. | |

Defendant, Jesse Cunningham, by and through undersigned counsel, hereby submits the attached letters of support for sentencing.

Respectfully submitted,

*/s/ John G. Baker*
John G. Baker
PA Bar No. 80218
Federal Public Defender
129 West Trade Street
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: john_baker@fd.org

*/s/Mark Rosenblum*
Mark Rosenblum
FL Bar No. 289175
PO Box 205
Skyland, NC 28776
Phone: (904) 307-9379
Email: markrosenblum52@gmail.com

**Counsel for Jesse Cunningham**

Date: February 25, 2025

# My Special Grandpa

My Grandpa Jimmy is special to me. He is great because he helps me when I need help. He comes to my ball games. He never tells my secrets.

When I need help getting school supplies he buys them for me. He always helps me get extra money so I will have everything I need to go to school.

When ever I ask him to come to one of my baseball games and he says yes that he is free, I know he will come. He will always show up because he is a loving and a caring Grandfather.

When ever I need to get something off of my chest, he is the one I can go to. This is because I know he will not tell anybody what we talked about.

These are some of the reasons why he is my most favorite Grandpa ever. I know that he is helpful, spends time with me, and he is able to keep secretes.

By: Jesse Cunningham



February 17, 2025

Dear Judge Bell,

   I am Jesse's grandmother and I live with my husband, Jimmy. I am also 78 years old. My address is the same as my husband, ▇▇▇▇▇▇▇▇ Wadesboro, N.C. 28170....Anson County North Calolina. We will celebrate our 58th anniversary this April. When my son married Jesse's mother, he commented on how he loved her sons before he loved her. Jimmy and I love Jesse and the other two sons. He was a tiny little 4 year old and immediately won our hearts.

   We live in the country and one day we had Jesse. He was playing outside and yelled loudly outside in the yard. I ran to see if he was okay and I asked him what he was was yelling at. He said he heard a person yelling back. I explained that was his echo. So he yelled and yelled for a while. He had to get used to the country sounds. I was an assistant teacher at Central Elementary School in Wadesboro, N.C. Jesse rode with me to school. He was learning about nature and experiencing lots of new sounds in life. He and I had a close relationship. I wanted him to love being with me...and we became very close.

   Jesse was kind hearted. He was in third grade when we were introduced to computers. He loved working assignments on them. He was in my third grade teacher's class, so I could help him and the rest of the students that needed assistance. Third grade was a wonderful year for him and me.

   Jesse and I were in school together from Kindergarten through 6th grade. He and I had good times just talking and laughing. Thankful to have a little one to teach and share the world with. He was mannerly and showed kindness to others and especially adults. I tried to show him kindness was always a winner and respect was a must. He went to middle school and it was an entirely new world for him. He met a new group of students that was totally out of his category. seventh and eighth grade was a rough time for Jesse. Not used to the outlandish language and attitudes, he was in a different world. He somehow got through middle school.

I suggested he sign up for Early College for a different atmosphere of students. He did and was accepted. He ventured on to working toward graduating hich school of which neither of his brothers accomplished. I encouraged this young man to reach his goal of graduating and he did!

Jesse and I had a very close relationship in growing to become a good person. I love this young man and I still have hope for him to become a responsible citizen in our society. Please, Judge, give Jesse the opportunity to give back to society and become a better person to us as family and to others as an example of a contributing, transformed citizen in our already confused society of life. Working together, we can guide Jesse to hopefully become a loving and a more caring human being in his life and our world. Our love and support can accomplish much!

                                                        Sincerely,

                                                       Jean Flake

1 H- 704-694-▇▇▇▇
C- 704-695-▇▇▇▇

Dear Judge Bell                     February 17, 2025
I am James F Flake of
████████████████████████ of Wadesboro
N.C. 28170. I am 78 years old.
I am Jesse Cunningham's step-grandfather

My son David Flake married Jesse's
mother when he was four years old.
I enjoyed being part of Jesse's
life as a boy. I taught him
how to hunt. He killed an 8 point
buck at 10 years old. He also
became a good fisherman. He
caught several large fish in
my pond. (15 lb one)

Jesse lived with my wife and
I for about one year. He
was always kind and polite to
all adults.

Jesse finished high school at S.P.C.C.
early colledge in Polkton, NC,
Anson County.
Jesse fell in love with a young girl
which later broke his heart. I
don't believe he ever overcame that.
Jesse then picked up some bad
habits. To my knowledge he
has never hurt anyone. I
am not sure of Jesse's charges
except pornography.

I have talked to Jesse about his life now.

He assures me that he realizes his mistakes.

He says he was saved and that he is following Jesus Christ now. If that is true, he will have no trouble living a good productive life.

God gives second chances.

Thank you for considering some leniency.

My phone # 704-694-▮
best to call cell 704-695-▮

James F. Thate



Dear Judge Bell,

Hi, my name is David Flake. I've been married to Jesse's mother since 1999. I've watched Jesse grow almost all of his life. Although Jesse made some bad choices in life, he is a caring and thoughtful person.

We have all made mistakes on our life journey. Some greater than others, some less. I do understand and believe there are consequence's for our decisions, and we must face them in due time. In Jesse's case, the time has come. I do sincerely pray for you & Jesse through this process.

Jesse is a family oriented person and considerate to others. He has a loving family who supports him and will stand with him through this.

David Flake
(Step) Dad

Dear Judge Bell

My name is Marie Flake. I am Jesse Cunningham's Mom. I have been his Mom for 30 years and 4 months. Jesse has always been a thoughtful and loving son. He's always willing to help his friends and family. Before this he worked with his step father in his painting and lawn care business. He has always been on time for work and willing to stay over if he's needed.

This offense is not like Jesse and I believe he'll return to be a productive member of society. I seen Jesse grow in his faith and with his family since his arrest. Jesse has always been in Church. He has sang in the choir. Jesse would go with his Grandfather to visit shut ins and people in the nursing home. He's always had a loving and kind spirit. I believe Jesse has learned his lesson and with our love and support he will thrive when he returns. Thanks

Marie Flake

█████████████

Wadesboro NC 28170

704-475████